1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  JENNIFER A. TOLKOFF (CABN 287945)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340-S
        Oakland, California 94612
6       Telephone: (510) 637-3680
        Facsimile:  (510) 637-3724
7       email: Jennifer.Tolkoff@usdoj.gov

8  Attorneys for the United States of America

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,          )  CASE NO. CR 15-00407 HSG
                                      )
14      Plaintiff,                    )  ORDER OF DETENTION
                                      )
15   v.                               )
                                      )
16 DAVON FOSTER,                      )
        a/k/a Jafar Miller,           )
17      a/k/a David Mixon             )
        a/k/a Eavon Arthur Foster,    )
18      a/k/a Davon Stanton,          )
                                      )
19      Defendant.                    )
                                      )
20

21      The parties appeared before the Honorable Donna M. Ryu on August 21, 2015, for a detention

22 hearing.  Defendant was present and represented by his appointed attorney, Ned Smock.  The United

23 States was represented by Assistant U.S. Attorney Wade M. Rhyne.  The United States and Pretrial

24 Services both requested detention, submitting that no condition or combination of conditions of release

25 would reasonably assure the safety of the community or assure the defendant's appearance for future

26 court proceedings.  Upon consideration of the parties' proffers, the court file, and the Pretrial Services

27 Report, the Court finds that the government has met its burden by clear and convincing evidence that the

28 defendant presents a danger to the community absent detention and is a flight risk.  *See* 18 U.S.C.

DETENTION ORDER
CR 15-00407 HSG

1 §§ 3142(e) and (f).  The Court therefore orders the defendant detained.

2     In particular, as to flight risk, the Court notes that Foster has a long record of failures to appear and parole violations.  Since January 7, 2014, alone, the defendant has had twelve parole violations.  Most recently, on July 28, 2015, the defendant was placed on electronic monitoring for a period of 90 days, and was transported to a residential drug treatment program as part of his parole supervision.  On that same day, the defendant removed his electronic monitoring device and walked away from the residential drug treatment program.  That was the second time the defendant walked away from a residential drug treatment program, and the third time the defendant absconded while on community supervision.

    As to danger to the community, the Court notes that defendant has an extensive criminal history including domestic violence and attempted robbery convictions.  During ATF's recent investigation of the defendant, the defendant made a number of recorded statements that indicate he is a danger to the community.  On July 21, 2015, the defendant told an undercover agent that he would be participating in a robbery and would be in possession of a firearm.

    In sum, the Court finds that there is no condition or combination of conditions of release that will reasonably assure the appearance of the defendant, or assure the safety of the community.

    IT IS HEREBY ORDERED THAT, accordingly, pursuant to Title 18, United States Code, Section 3142:

    (1) the defendant is committed to the custody of the Attorney General for confinement in a corrections facility;

    (2) the defendant be afforded reasonable opportunity for private consultation with his counsel;

    (3) on Order of a court of the United States or on request of any attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant

//
//
//
//

1 to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a
2 court proceeding.

    IT IS SO ORDERED.

DATED: August 21, 2015

HONORABLE DONNA M. RYU
United States Magistrate Judge

DETENTION ORDER
CR 15-00407 HSG                                    3