1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  JENNIFER A. TOLKOFF (CABN 287945)
   Special Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       Email: Jennifer.Tolkoff@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,            )  NO. CR-15-00407 HSG
14                                      )
       Plaintiff,                       )  STIPULATION AND ORDER EXCLUDING TIME
15                                      )  FROM SEPTEMBER 14, 2015, TO OCTOBER 19,
    v.                                  )  2015, FROM THE SPEEDY TRIAL ACT
16                                      )  CALCULATION (18 U.S.C. § 3161(h)(7)(A))
   DAVON FOSTER,                        )
17     a/k/a "Jafar Miller,"             )
       a/k/a "David Mixon,"              )
18     a/k/a "Eavon Arthur Foster,"      )
       a/k/a "Davon Stanton,"            )
19                                      )
       Defendant.                       )
20                                      )

21

22         IT IS HEREBY STIPULATED, by and between the parties to this action, that defense counsel

23  needs time to meet with his client to go over discovery in the case and that an exclusion of time under

24  the Speedy Trial Act for effective preparation of counsel is warranted pursuant to 18 U.S.C.

25  § 3161(h)(7)(A) and (B)(iv) between September 14, 2015, and October 19, 2015.

26         The parties agree, and the Court finds and holds, as follows:

27         1.      The defendant agrees to an exclusion of time under the Speedy Trial Act from

28  STIPULATION AND [PROPOSED]
    ORDER EXCLUDING TIME
    CR-15-00407 HSG
                                          1

September 14, 2015, and October 19, 2015, based upon the need for effective preparation of counsel and to provide the defendant an opportunity to review discovery and prepare the case for further disposition.

2.   Counsel for the defendant believes that the exclusion of time is in the defendant's best interest.

3.   Given these circumstances, the Court finds that the ends of justice served by excluding the period from September 14, 2015, and October 19, 2015, outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

4.   Accordingly, and with the consent of the defendant, the Court orders that the period from September 14, 2015, and October 19, 2015, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED:  September 14, 2015        _____/s/_____
                                  NED SMOCK
                                  Attorney for Defendant Davon Foster

DATED:  September 14, 2015        _____/s/_____
                                  JENNIFER A. TOLKOFF
                                  Special Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: 9/15/2015                  _____
                                  HON. HAYWOOD S. GILLIAM, JR.
                                  United States District Judge

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR-15-00407 HSG