1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2

3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4

5  ERIN A. CORNELL (CABN 227135)
   Special Assistant United States Attorney
6        1301 Clay Street, Suite 340S
         Oakland, CA 94612
7        Telephone: (510) 637-3918
         Facsimile: (510) 637-3724
8        E-Mail: erin.cornell@usdoj.gov

9  Attorneys for United States of America

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,            )  Case No.  CR 15-00407 HSG
                                         )
15            Plaintiff,                 )  ORDER EXCLUDING TIME FROM
                                         )  NOVEMBER 9, 2015 TO NOVEMBER 30,
16       v.                              )  2015 FROM THE SPEEDY TRIAL ACT
                                         )  CALCULATION (18 U.S.C. §§ 3161(h)(7)(A)
17  DAVON FOSTER,                        )  AND (h)(7)(B)(iv))
         a/k/a Jafar Miller,             )
18       a/k/a David Mixon,              )
         a/k/a Eavon Arthur Foster,      )
19       a/k/a Davon Stanton,            )
                                         )
20                                       )
              Defendant.                 )
21  _____ )

22

23                           ORDER

24        The parties appeared before this Court on November 9, 2015 for a Status Conference.  The

25  defendant asked for additional time to review discovery with his attorney.  The parties jointly moved to

26  exclude time under the Speedy Trial Act for effective preparation of counsel.  Based upon the stipulation

27  of the parties, and for good cause shown, the COURT HEREBY ORDERS that the time between

28  November 9, 2015 and November 30, 2015, be excluded under the Speedy Trial Act, Title 18, United

States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv).  The Court finds that the failure to grant this request would unreasonably deny counsel sufficient time to effectively prepare, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the request outweigh the best interest of public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

The Court therefore concludes that this exclusion of time should be made under Title 18, United States Code, Section 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED:  November 12, 2015____

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge