1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

OAKLAND DIVISION

13

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CASE NO. CR 15-0407 HSG** |
| | ) | |
| Plaintiff, | ) | **ORDER OF FORFEITURE** |
| | ) | |
| v. | ) | |
| | ) | |
| DAVON FOSTER, | ) | |
| a/k/a "Jafar Miller," | ) | |
| a/k/a "David Mixon," | ) | |
| a/k/a "Eavon Arthur Foster," | ) | |
| a/k/a "Davon Stanton," | ) | |
| | ) | |
| Defendant. | ) | |

14
15
16
17
18
19
20

21    Having considered the application for an order of forfeiture filed by the United States and the

22    plea agreement entered on December 07, 2015, wherein the defendant admitted to the forfeiture

23    allegation, and good cause appearing,

24    IT IS HEREBY ORDERED that, a money judgment in the amount of $5,150.00 shall be entered

25    against defendant as the amount of illegal proceeds obtained directly or indirectly from the commission

26    of the offense of conviction, and thus forfeitable to the United States pursuant to the provisions of Title

27    18, United States Code, Section 982(a)(2)(B); Title 18, United States Code, Section 492, and Title 28,

28    United States Code, Section 2461(c);

[PROPOSED] ORDER OF FORFEITURE
CR 15-0407 HSG                                    1

1    IT IS FURTHER ORDERED that, the government may conduct discovery in order to identify,

2   locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal

3   Rules of Criminal Procedure;

4    IT IS FURTHER ORDERED that, the United States, through its appropriate agency, to seize the

5   forfeited property forthwith;

6    IT IS FURTHER ORDERED that, the court maintain jurisdiction to enforce the order of

7   forfeiture, and to amend it as necessary, pursuant to Federal Rule 32.2(e); and

8    IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of

9   Procedure, this order of forfeiture shall become final as to the defendant at the time of sentencing and

10  shall be made part of the sentence and included in the judgment.

11    WHEREFORE, the United States respectfully requests that this Court enter an order of forfeiture

12  in the form of a money judgment in the amount of $5,150.00, pursuant to the provisions of Title 18,

13  United States Code, Section 982(a)(2)(B); Title 18, United States Code, Section 492, and Title 28,

14  United States Code, Section 2461(c).

15    IT IS SO ORDERED this 8th day of February, 2016.

16

17    _Haywood S. Gill, Jr._

18    HAYWOOD S. GILLIAM, JR.
        United States District Judge

19

20

21

22

23

24

25

26

27

28